

**United States District Court**
**Eastern District of California**

FILED
MAY 23 2024
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Gurlal Singh

Plaintiff(s)

v.

Garland, et al.

Defendant(s)

Case Number: 1:24-cv-00601-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Urwah Ahmed _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Gurlal Singh

On ____01/27/2021____ (date), I was admitted to practice and presently in good standing in the ____State Bar of Georgia____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: ____05/21/2024____   Signature of Applicant: /s/ Urwah Ahmed

**Pro Hac Vice Attorney**

Applicant's Name: Urwah Ahmed

Law Firm Name: CH Legal Solutions LLC

Address: 1755 North Brown Road

Suite 200

City: LAWRENCEVILLE   State: GA   Zip: 30019

Phone Number w/Area Code: (678) 904-4142

City and State of Residence: Dacula, GA

Primary E-mail Address: CHLEGALSOL@GMAIL.COM

Secondary E-mail Address: URWAHAHMEDESQUIRE@GMAIL.COM

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: JESSICA T. ARENA

Law Firm Name: THE LAW OFFICE OF JESSICA T. ARENA

Address: 2443 FILLMORE ST #380-1614

City: SAN FRANCISCO   State: CA   Zip: 94115

Phone Number w/Area Code: (541) 525-3341   Bar #: 301807

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 5/23/24

_____
JUDGE, U.S. DISTRICT COURT