UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURAL SINGH,<br><br>               Plaintiff,<br><br>    v.<br><br>MERRICK GARLAND, et al.,<br><br>               Defendants. | Case No. 1:24-cv-00601-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 12). |

On September 3, 2024, the parties filed a joint stipulation dismissing this action with each party to bear their own attorney fees and costs.[1] (ECF No. 12). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 4, 2024**          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

---

[1] The parties do not state whether the dismissal is with or without prejudice. The Court notes that, under Federal Rule of Civil Procedure 41(a)(1)(B), "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits."

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28